■ In the Matter of WILLIAM LINK, Respondent, v AMY LINK, Appellant. [648 NYS2d 971] —Appeal by Amy Link from an order of the Family Court, Queens County (De Phillips, J.), dated December 7, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Judge De Phillips at the Family Court. O'Brien, J. P., Thompson, Joy and Goldstein, JJ., concur.